# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF TEXAS WACO DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** § | | **6:17-CR-00192-rp** |
| § | | |
| § | | |
| **vs.** § | | |
| § | | |
| § | | |
| **JOSH POWELL MAIER** § | | **April 22, 2019** |

## MOTION TO RELEASE CASH BOND

Defendant Maier, by and through the undersigned counsel, respectfully requests the Court enter an order to release Defendant's Cash Bond as follows (1) the amount of $20,000.00 to satisfy his Criminal Monetary Penalty; and (2) the remainder to Angela Dougan. In support of which, Defendant states as follows:

1. Defendant's Wife, Angela Dougan, deposited $35,000.00 with the Court to secure a bond of $350,000.

2. Defendant voluntarily pled guilty and voluntarily reported to prison on the appropriate date. Defendant complied with all conditions of the bond in this matter.

3. Defendant is seeking the release of $20,000.00 to pay the fine assessed against him as set forth in **Exhibit A**. As such, Defendant requests that the amount be release directly to the Clerk, United States District Court, 800 Franklin Ave., Room 380, Waco, TX 76701, and

that such sum be designated to satisfy the criminal debt that has been transferred to the Financial Litigation Unit of the U.S. Attorney's Office for enforcement. See **Exhibit B**.

4. Defendant is requesting that the remaining funds be released back to Angela Dougan, Carmichael, California.

5. Angela Dougan consents to such release. See **Exhibit C**.

Respectfully submitted,

/s/Daphne Pattison Silverman
Daphne Pattison Silverman
Silverman Law Group
501 N. IH-35
Austin, TX 78702
512-485-3003
Fax: 512-597-1658
daphnesilverman@gmail.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was sent to the all parties of record via ECF delivery on April 22, 2019.

/s/Daphne Pattison Silverman

## CERTIFICATE OF CONFERENCE

I hereby certify that I conferred with United States Assistant Attorney Greg Gloff regarding the above issue, who advised that he was unopposed.

/s/Daphne Pattison Silverman