IN THE UNITED STATES DISTRICT
COURT FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | 6:17-CR-00192-rp |
| | § | |
| vs. | § | |
| | § | |
| JOSH POWELL MAIER | § | |

**ORDER TO RELEASE CASH BOND**

In consideration of the Defendant's Motion to Release Cash Bond to satisfy his Criminal Monetary Penalty, it is hereby ORDERED that

A. the Clerk of this Court shall disburse $20,000.00 to the Clerk, United States District Court, 800 Franklin Ave., Room 380, Waco, TX 76701, and shall ensure such amount is designated to satisfy the criminal debt that has been transferred to the Financial Litigation Unit of the U.S. Attorney's Office for enforcement.

B. the Clerk of this Court shall disburse the remainder of Defendant's Cash Bond to Angela Dougan, Carmichael, California.

_____
JUDGE PRESIDING